```
            ____ FILED      ____ LODGED
            ____ RECEIVED   ____ COPY

                  NOV 3 0 2001

            CLERK U.S. DISTRICT COURT
               DISTRICT OF ARIZONA
            BY _____
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL ORDER--GENERAL)

Civil Case No. <u>01-CV-516 TUC JMR</u>   Date: <u>November 28, 2001</u>

Title <u>Lexington Insurance v. Ezell</u>

==================================================================
==================================================================
**HONORABLE JOHN M. ROLL**
==================================================================

    Pursuant to General Order 98-62, this case is referred to Magistrate Judge James C. Carruth for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and Local Rules 1.16 and 1.17 Rules of Practice of the United States District Court for the District of Arizona.

    All future filings in this case shall be designated:

**01-CV-516 TUC JMR (JCC)**

_/s/ John M. Roll_
JOHN M. ROLL
United States District Judge

